UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 2:23- CV-00098-Badalamenti/Dudek

JANA NOTARIAN,

        Plaintiff,

vs.

SUNSHINE RETIREMENT LIVING, LLC
AND LEHIGH ACRES SENIOR LIVING, LLC,

        Defendants.

_____/

**MEDIATION REPORT**
**PURSUANT TO M.D. FLA. L. R. 4.03 (F)**

The captioned case was mediated on Thursday, May 11, 2023. Counsel appeared for and

with the Parties present. Mediation between the parties resulted in an impasse.

**THE UNDERSIGNED HEREBY CERTIFY** that on this 11th day of May 2023, a true

and correct copy of the foregoing was filed with the Clerk of the Court for the United States

District Court, Middle District of Florida using the CM/ECF system to: Michael Wojnar, Esq.

(mwojnar@rgph.law) and Megan R. Reuther, Esq. (megan.reuther@tonkon.com).

By: **/s/Jerald Bagley_____**
     JERALD BAGLEY, ESQ.
     Florida Bar No. 0471283
     FL. S. Ct. Certified Circuit/Family Court Mediator
     Certified Mediator, USDC, S.D., Fla.
     504 Loretto Avenue
     Coral Gables, FL 33134
     (O) 786-238-7562 (M) 305-342-0530
     E-Mail: jb@jbagleymediationservices.com