Case 2:23-cv-00098-JLB-K_D   Document 34   Filed 03/27/24   Page 1 of 1 PageID 155

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

CASE NO.: 2:23-cv-00098

JANA NOTARIAN,

     Plaintiff,

v.

SUNSHINE RETIREMENT LIVING, LLC,
And LEHIGH ACRES SENIOR LIVING, LLC,

     Defendant.

_____/

### JOINT STIPULATION FOR DISMISSAL OF THE ACTION WITH PREJUDICE

Plaintiff, JANA NOTARIAN, and Defendants, SUNSHINE RETIREMENT LIVING, LLC, and LEHIGH ACRES SENIOR LIVING, LLC, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate to the dismissal of the instant action *with prejudice*, with each party to bear her/its own attorneys' fees and costs.

Dated:  March 27, 2024

*/s/  Jorge Costa*
Anthony M. Georges-Pierre, Esq.
Florida Bar Number: 533637
agp@rgpattorneys.com
Jorge L. Costa, Esq.
Florida Bar No.: 1031513
jcosta@rgph.law
REMER, GEORGES-PIERRE &
HOOGERWOERD, PLLC
2745 Ponce De Leon Blvd,
Coral Gables, Florida 33134
Phone: (305) 416-5000
**ATTORNEYS FOR PLAINTIFF**

Respectfully submitted,

*/s/   Megan Reuther*
Megan R. Reuther
OSB No. 153919
Megan.reuther@tonkon.com
Haley Morrison
OSB No. 154972
Hayley.morrison@tonkon.com
**TONKON TORP LLP**
888 SW Fifth Avenue, Suite 1600
Portland, OR 97204
Telephone: (503) 802-2174
Facsimile: (503) 274-8779
**ATTORNEYS FOR DEFENDANT**